FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUTH BAY UNITED PENTECOSTAL CHURCH, a California nonprofit corporation; BISHOP ARTHUR HODGES III, an individual, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as the Governor of California; et al., <br><br> Defendants-Appellees. | No.   20-56358 <br><br> D.C. No. 3:20-cv-00865-BAS-AHG Southern District of California, San Diego <br><br> ORDER |

Before:  WARDLAW and CLIFTON, Circuit Judges, and HILLMAN,[*] District Judge.

Appellees are directed to file an opposition to Appellants' Emergency Motion for an Injunction Pending Appeal on Thursday, December 24, 2020, by 9:00 A.M.  Appellants' optional reply brief is due on Thursday, December 24, 2020, by 12:00 P.M.

Given that the issues presented in this appeal "strike at the very heart of the First Amendment's guarantee of religious liberty," *Roman Catholic Diocese of*

---

[*]     The Honorable Timothy Hillman, United States District Judge for the District of Massachusetts, sitting by designation.

*Brooklyn v. Cuomo*, 141 S. Ct. 63, slip op. at 6 (2020) (per curiam), and the gravity of the pandemic's impact on Southern California, in particular, we order Appellants' appeal from the district court's Order Denying the Motion for a Temporary Restraining Order or Preliminary Injunction expedited. *See* Fed. R. App. P. 2; Ninth Circuit R. 3-3. The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due on or before December 31, 2020; the answering brief is due on or before January 7, 2021; and the optional reply brief is due on or before January 11, 2021.

This appeal is set for virtual oral argument at the Richard H. Chambers U.S. Court of Appeals Building, Pasadena, California, on January 15, 2021, at 1:00 P.M. Each side is allotted 30 minutes for argument.

IT IS SO ORDERED.